# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:15-cv-204

| | |
|---|---|
| CORESLAB STRUCTURES (ATLANTA), INC., | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | )      **ORDER**<br>) |
| MAGEST BUILDING SYSTEMS LIMITED, | )<br>)<br>)<br>) |
| Defendant. | )<br>) |

**THIS MATTER** is before the Court on F. Lachicotte Zemp, Jr.'s Application for Admission to Practice *Pro Hac Vice* of Anthony D. Lehman. It appearing that Anthony D. Lehman is a member in good standing with the Georgia State Bar and will be appearing with F. Lachicotte Zemp, Jr., a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

IT IS, THEREFORE, ORDERED that F. Lachicotte Zemp, Jr.'s Application for Admission to Practice Pro Hac Vice (#4) of Anthony D. Lehman

is **GRANTED**, and that Anthony D. Lehman is ADMITTED to practice, *pro hac vice*, before the Bar of this court while associated with F. Lachicotte Zemp, Jr.

Signed: September 16, 2015

Dennis L. Howell
United States Magistrate Judge