# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:15cv204

| | |
|---|---|
| CORESLAB STRUCTURES (ATLANTA), INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ORDER |
| MAGEST BUILDING SYSTEMS LIMITED, | ) ) ) ) |
| Defendant. | ) ) |

Pending before the Court is the Motion by Counsel Brad C. Parrott for Leave of Absence [# 16]. Counsel for Plaintiff seeks to obtain secured leave for various dates in 2016 and 2017. This Court, however, does not allow attorneys to obtain secured leave. While the Court will certainly take into account counsel's current schedule when setting any future hearings in this matter, this Court cannot guarantee counsel that such hearings will not occur on the dates for which he seeks to obtain secured leave.

Moreover, it is up to counsel for Plaintiff and Defendant to schedule depositions, not this Court. Presumably, counsel can work with opposing counsel to schedule all depositions at a mutual agreeable time and date that will not impact

-1-

his currently scheduled vacations. Accordingly, the Court **DENIES** the motion [# 16].

Signed: January 20, 2016

Dennis L. Howell
United States Magistrate Judge