# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:15cv204

| | |
|---|---|
| CORESLAB STRUCTURES (ATLANTA), INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) ORDER |
| MAGEST BUILDING SYSTEMS LIMITED, | ) ) ) |
| Defendant. | ) ) |

Pending before the Court is the Joint Motion Governing Clawback of Inadvertently Produced Documents [# 24]. The parties in this case have jointly filed a copy of an agreement between them governing how the parties intend to handle the inadvertent production of documents in discovery. The parties, however, filed this agreement as a motion. Upon a review of the pleading, the Court is unclear why the parties have filed their executed agreement as a motion in this Court, much less what the parties want this Court to rule on. The parties are certainly entitled to enter various agreements among themselves regarding the handling of discovery without seeking the intervention of this Court. To the extent that the parties seek a protective order from the Court, then the parties should file a motion for a protective order with

a legal memorandum setting forth the relief sought by the parties. Accordingly, the Court **DENIES without prejudice** the motion [# 24].

Signed: May 3, 2016

Dennis L. Howell
United States Magistrate Judge